An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO T. M.,

MISTY M.,

Appellant,

vs.

T. M.; AND STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES,

Respondents.

No. 67216

**FILED**

FEB 2 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Richard Wagner, District Judge
Miller Law, Inc.
Lander County District Attorney
Hy Forgeron
Lander County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-05901